IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENIKA THOMAS, et al.,<br><br>    Plaintiffs,<br><br>      v.<br><br>CITY OF ATLANTA,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:08-CV-1926-TWT |

## ORDER AND OPINION

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing this action without prejudice for failure to comply with the Court's Local Rules, failure to serve the Defendants and for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is dismissed without prejudice.

SO ORDERED, this 28 day of January, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge